States v. Booker, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), when it enhanced her sentence on facts not alleged in the indictment or admitted is meritless. See United States v. Johnson, 445 F.3d 793, 798 (5th Cir.2006), cert. denied, —— U.S. ——, 126 S.Ct. 2884, 165 L.Ed.2d 908 (2006). Guerrero's argument that the district court erred when it enhanced her sentence pursuant to U.S.S.G. § 2L1.1(b)(5) because Mendoza was in the "backseat area" of the vehicle is likewise without merit. See United States v. Zuniga–Amezquita, 468 F.3d 886, 887 (5th Cir. 2006); § 2L1.1(b)(5), comment. (n.6). Last, the district court's sentence, which was within the guidelines range of imprisonment, was reasonable. See United States v. Mares, 402 F.3d 511, 520 (5th Cir.), cert. denied, —— U.S. ——, 126 S.Ct. 43, 163 L.Ed.2d 76 (2005); 18 U.S.C. § 3553(a).

AFFIRMED.

Katharine Rachael Colletta, Baker Botts, Houston, TX, James Aristide Holmes, Christovich & Kearney, New Orleans, LA, for Defendant–Appellee.

Before KING, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM: *

After carefully reviewing the record and considering the briefs of the parties, we are satisfied that the district court correctly granted defendant's motion for summary judgment and dismissed plaintiff's suit. Essentially for the reasons stated in the district court's careful order of June 5, 2006, we affirm the judgment of the district court.

AFFIRMED.

**Gilbert M. GOLDMAN, Jr., Plaintiff—Appellant**

v.

**HALLIBURTON ENERGY SERVICES, INC., Defendant—Appellee.**

No. 06–30698.

United States Court of Appeals, Fifth Circuit.

May 4, 2007.

Joseph L. Waitz, Jr., Waitz & Downer, Houma, LA, for Plaintiff-Appellant.

**UNITED STATES of America, Plaintiff—Appellee**

v.

**Jesus REYES–OLVERA, Defendant— Appellant.**

No. 05–41116.

United States Court of Appeals, Fifth Circuit.

May 7, 2007.

James Lee Turner, Kathlyn Giannaula Snyder, Assistant U.S. Attorneys, U.S. At-

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.